# 10th CIR. FORM 4. DISCLOSURE STATEMENT

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

|  |  |
|---|---|
| MIKE BOULTER and BOULTER, LLC, on behalf of themselves and classes of similarly situated persons,<br><br>v.<br><br>NOBLE ENERGY, INC. | Case No. 26-1036 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), the undersigned, on behalf of Plaintiffs/Appellants Mike Boulter and Boulter, LLC, on behalf of themselves and classes of similarly situated persons, certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

Dated: February 20, 2026

/s/ George A. Barton
George A. Barton
BARTON AND BURROWS, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66205
Phone: (913) 563-6250
Email: george@bartonburrows.com

**ATTORNEY FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that:

All other parties to this litigation are either: (1) represented by attorneys; or (2) have

consented to electronic service in this case.

Dated: February 20, 2026

*/s/ George A. Barton*
George A. Barton