UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**DOCKETING STATEMENT**

| | |
|---|---|
| Appeal Number | 26-1036 |
| Case Name | Boulter, et al. v. Noble Energy, Inc. |
| Party or Parties Filing Notice of Appeal Or Petition | Mike Boulter and Boulter, LLC, on behalf of themselves and classes of similarly situated persons |
| Appellee(s) or Respondent(s) | Noble Energy, Inc. |
| List all prior or related appeals in this court with appropriate citation(s). | Tenth Circuit Court of Appeals Case Nos. 23-1118; 21-1384; and 22-1170 |

## I. JURISDICTION OVER APPEAL OR PETITION FOR REVIEW

## A. APPEAL FROM DISTRICT COURT

1. Date final judgment or order to be reviewed was **entered** on the district court docket: February 2, 2026

2. Date notice of appeal was **filed**: February 6, 2026

3. State the time limit for filing the notice of appeal (cite the specific provision of Fed. R. App. P. 4 or other statutory authority): March 4, 2026, which is 30 days from the district court's February 2, 2026 entry of final judgment. Fed. R. App. P. 4(a)(1)(A).

a. Was the United States or an officer or an agency of the United States a party below? No

b. Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing the notice of appeal: No

**4.** Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

    **a.** Give the filing date of any motion that tolls the time to appeal pursuant to Fed. R. App. P. 4(a)(4)(A) or 4(b)(3)(A):

    Not Applicable

    **b.** Has an order been entered by the district court disposing of any such motion, and, if so, when?

    No

**5.** Is the order or judgment final (i.e. does it dispose of **all** claims by and against **all** parties)? *See* 28 U.S.C. § 1291. Yes

## II. GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE UNDERLYING CASE AND RESULT BELOW.

This is a breach of contract action arising from Noble Energy, Inc.'s ("Noble") underpayment of oil royalties to Plaintiffs Mike Boulter and Boulter, LLC (collectively, "Plaintiffs") by its improper deduction of various post-production costs in its oil royalty payments to Plaintiffs, in contravention of the terms of the applicable oil and gas leases.

On January 30, 2026, the district court granted summary judgment in favor of Noble by finding that the applicable oil and gas leases only obligated Noble to pay oil royalties to Plaintiffs based on the value of the oil at the point where Noble connects its flow lines or gathering pipelines to the wells on Plaintiffs' property. Based upon this erroneous finding, the district court found that the oil and gas leases at issue authorized Noble's deduction of various post-production costs in its oil royalty payments to Plaintiffs.

On February 2, 2026, the district court entered a Final Judgment, which entered

judgment in favor of Noble in accordance with the district court's January 30, 2026 order.

**III. IDENTIFY TO THE BEST OF YOUR ABILITY AT THIS STAGE OF THE PROCEEDINGS, THE ISSUES TO BE RAISED IN THIS APPEAL. You must attempt to identify the issues even if you were not counsel below. *See* 10th Cir. R. 3.4(B).**

The district court's January 30, 2026 order granting summary judgment in favor of Noble is erroneous because such order: (1) rendered the language in the oil and gas leases, which required oil royalties to be paid "free of cost", meaningless; (2) failed to apply Colorado law's well-established implied duty to market to the oil and gas leases at issue; and (3) improperly decided a disputed material fact in determining that the "pipeline" referred to in the oil royalty provision of the oil and gas leases referred to a pipeline on the leased premises rather than the larger transportation pipelines which carried the oil to the market in Cushing, Oklahoma. This Court therefore should reverse the district court's January 30, 2026 order granting summary judgment in favor of Noble.

**IV. ATTORNEY FILING DOCKETING STATEMENT:**

George A. Barton
BARTON AND BURROWS, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66205
Phone: (913) 563-6250
Email: george@bartonburrows.com

Dated: February 20, 2026

*/s/ George A. Barton*
George A. Barton

# CERTIFICATE OF SERVICE

I, George A. Barton, hereby certify that on February 20, 2026, a copy of the foregoing **Docketing Statement**, was filed electronically with the Clerk of the United States Court of Appeals for the Tenth Circuit; and a copy was served via electronic notification and via email on the following:

Jonathan W. Rauchway
James R. Henderson
Theresa Wardon Benz
Molly J. Kokesh
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Email: jon.rauchway@davisgraham.com
      jim.henderson@davisgraham.com
      theresa.benz@davisgraham.com
      molly.kokesh@davisgraham.com

**ATTORNEYS FOR DEFENDANT/APPELLEE**
      **NOBLE ENERGY, INC.**

Dated: February 20, 2026

      */s/ George A. Barton*
      George A. Barton
      BARTON AND BURROWS, LLC
      5201 Johnson Drive, Ste. 110
      Mission, KS 66205
      Phone: (913) 563-6250
      Email: george@bartonburrows.com

      **ATTORNEY FOR**
      **PLAINTIFFS/APPELLANTS**