**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)**

| PART I – Case Information and Contact Information |
|---|

Case Name:_____ District Court Case Number:_____
District Court:_____ Circuit Court Appeal Number:_____
Name of Attorney/Pro Se Party Completing this Form:_____
Name of Law Firm/or Office:_____
Address: _____
Phone:_____ Email:_____
Attorney For:_____

| PART II – Complete when Transcripts are NOT ordered |
|---|

**I am not ordering a transcript because (check one):**     a transcript is not necessary for this appeal;

the necessary transcript is already on file in the district court;

or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: _____ Date: _____

| PART III – Complete When Ordering Transcripts |
|---|

**I hereby order the following transcript(s) from _____** (name of court reporter)**.**
    Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
    **Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.**

☐ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

This case **IS** proceeding under the Criminal Justice Act, and (check one):
    I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
    I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: _____ Date: _____

| PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date |
|---|

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I, _____, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: _____ Date:_____