## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

MIKE BOULTER and BOULTER, LLC, on behalf of themselves and classes of similarly situated persons,

v.

NOBLE ENERGY, INC.

Case No. 26-1036

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Plaintiffs/Appellants Mike Boulter and Boulter, LLC, on behalf of themselves and classes of similarly situated persons, in the above-captioned case.

<table>
<tr><td>George A. Barton</td><td>Stacy A. Burrows</td></tr>
<tr><td>/s/ George A. Barton</td><td>/s/ Stacy A. Burrows</td></tr>
<tr><td>BARTON AND BURROWS, LLC</td><td>BARTON AND BURROWS, LLC</td></tr>
<tr><td>5201 Johnson Drive, Ste. 110</td><td>5201 Johnson Drive, Ste. 110</td></tr>
<tr><td>Mission, KS 66205</td><td>Mission, KS 66205</td></tr>
<tr><td>Phone: (913) 563-6250</td><td>Phone: (913) 563-6253</td></tr>
<tr><td>Email: george@bartonburrows.com</td><td>Email: stacy@bartonburrows.com</td></tr>
</table>

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

**[X]** The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Alexandre Barbour, an attorney at Barton and Burrows, LLC law firm.

**[ ]** There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Dated: February 20, 2026

/s/ George A. Barton
George A. Barton

**CERTIFICATE OF SERVICE**

I hereby certify that:

| X | All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case. |

Dated: February 20, 2026

*/s/ George A. Barton*
George A. Barton