UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

MIKE BOULTER and BOULTER, LLC, on behalf of themselves and classes of similarly situated persons,

v.

NOBLE ENERGY, INC.

Case No. 26-1036

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for Appellee Noble Energy, Inc. in the above-captioned case(s).

Jonathan W. Rauchway
*s/ Jonathan W. Rauchway*
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303.892.9400
jon.rauchway@davisgraham.com

James R. Henderson
*s/ James R. Henderson*
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303.892.9400
jim.henderson@davisgraham.com

Theresa Wardon Benz
*s/ Theresa Wardon Benz*
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303.892.9400
theresa.benz@davisgraham.com

Molly Kokesh
*s/ Molly Kokesh*
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303.892.9400
molly.kokesh@davisgraham.com

Maxwell E. Hamilton
*s/ Maxwell E. Hamilton*
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
303.892.9400
max.hamilton@davisgraham.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

1. Shannon Stevenson

2. Kyle M. Holter

3. Gabrielle L. Robbie

☐    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Dated: February 23, 2026

*s/ Jonathan W. Rauchway*
Jonathan W. Rauchway
James R. Henderson
Theresa Wardon Benz
Molly Kokesh
Maxwell E. Hamilton
3400 Walnut Street, Suite 700
Denver, CO  80205
303.892.9400
jon.rauchway@davisgraham.com
jim.henderson@davisgraham.com
theresa.benz@davisgraham.com
molly.kokesh@davisgraham.com
max.hamilton@davisgraham.com

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒        All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

Dated: February 23, 2026

*s/ Beatriz Esparza*